922 A.2d 709

IN THE MATTER OF MARIA INES GONZALEZ,
AN ATTORNEY AT LAW.

May 25, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARIA INES GONZALEZ** of **JAMAICA, NEW YORK**, who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of three months, effective February 24, 2007, by Order of this Court filed on January 25, 2007, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall practice law under the supervision of Tomas Espinosa, Esquire, or such other practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court.